# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| CAROLYN GENEVA LEWIS,<br><br>*Plaintiff*<br>v.<br>NANCY A. BERRYHILL<br>(PREVIOUSLY CAROLYN W. COLVIN),<br>Acting Commissioner of Social<br><br>*Defendant* | ) ) ) ) ) ) Civil Action No. 1:16-CV-3108-RHW |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiff's Motion for Summary Judgment, ECF No. 15, is GRANTED; Defendant's Motion for Summary Judgment, ECF No. 16, is DENIED; and Judgment is entered in favor of Plaintiff and against Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Robert H. Whaley on a motion for summary judgment.

Date: May 10, 2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas